# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Estervina Cuevas<br>　　　　　Debtor | BK NO. 14-04205 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 7509

                                       Respectfully submitted,

                                       **/s/ Joshua I. Goldman, Esquire**
                                       Joshua I. Goldman, Esquire
                                       Thomas Puleo, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406
                                       Attorney for Movant/Applicant