```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                Case No. 14-04205-JJT
Estervina Cuevas                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Oct 06, 2017
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
4596096        +Wells Fargo Bank, NA,    America's Servicing Company,    Attention: Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2017 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
       Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et al... pabk@logs.com
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
       Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com, sromig@barley.com
       Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       LeeAne O Huggins    on behalf of Defendant    CHASE HOME FINANCE, LLC pabk@logs.com
       LeeAne O Huggins    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE pabk@logs.com
       Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       Tullio DeLuca    on behalf of Debtor Estervina Cuevas tullio.deluca@verizon.net
       Tullio DeLuca    on behalf of Plaintiff Estervina Cuevas tullio.deluca@verizon.net
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                   TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04205-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Estervina Cuevas
827 N. Vine St.
Hazleton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Wells Fargo Bank, NA, America's Servicing Company, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715 | Nationstar Mortgage LLC<br>P.O.Box 619094 Dallas, TX, 75261-9741<br>Nationstar Mortgage LLC<br>P.O.Box 619094 Dallas, TX, 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/08/17

Terrence S. Miller
**CLERK OF THE COURT**