```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 14-04205-RNO
Estervina Cuevas                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0314-5      User: AutoDocke       Page 1 of 1       Date Rcvd: Feb 12, 2020
                          Form ID: fnldec       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
db          +Estervina Cuevas,    827 N. Vine St.,    Hazleton, PA 18201-2445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      Christopher A DeNardo    on behalf of Creditor    JPMorgan Chase Bank, National Association et al... pabk@logs.com
      James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. bkgroup@kmllawgroup.com
      Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com, sromig@barley.com
      Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      LeeAne O Huggins    on behalf of Defendant    CHASE HOME FINANCE, LLC pabk@logs.com
      LeeAne O Huggins    on behalf of Defendant    U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE pabk@logs.com
      Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      Tullio DeLuca    on behalf of Debtor 1 Estervina Cuevas tullio.deluca@verizon.net
      Tullio DeLuca    on behalf of Plaintiff Estervina Cuevas tullio.deluca@verizon.net
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Estervina Cuevas,

**Debtor 1**

Chapter 13

Case No. 5:14–bk–04205–RNO

Social Security No.:
xxx–xx–1514

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 12, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)